# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Charles Steiner, :
                    Petitioner :
                              :
         v.                   :    No. 1383 C.D. 2018
                              :
Workers' Compensation Appeal  :
Board (Automatic Brewers & Coffee), :
                    Respondent :

# **O R D E R**

NOW, October 2, 2019, upon consideration of Petitioner's application for reconsideration, and Respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge